Case:10-12208-SDB  Doc#:81  Filed:10/03/12  Entered:10/03/12 12:16:51  Page 1 of 1

FILED
Lucinda B. Rauback, Acting Clerk
United States Bankruptcy Court
Augusta, Georgia
By agreen at 12:16 pm, Oct 03, 2012

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Josh Walter Blackstone Jr and Kimberly M Blackstone**
    Debtors

Case No.: 10-12208-SDB
Judge: Susan D. Barrett

Chapter: 13

### ORDER ON TRUSTEE'S MOTION TO DISMISS

The above Motion having been considered, the same is hereby:

☒ Granted and the case is dismissed:

    ☐ With prejudice against refiling for 180 days;

    ☐ Unless Debtor converts to Chapter 7 within 14 days, $25 conversion fee is due upon filing notice of conversion;

☐ Denied.

☐ Denied on the condition that Debtor(s):

    ☐ File a Modified Plan within fourteen (14) days.

    ☐ Raise payments to $ _____ per _____ for the balance of the plan;

    ☐ Furnish Trustee with information sufficient to permit issuance of salary deduction order instanter.

    ☐ Pay $ _____ by _____ ;

    ☐ Pay $ _____ per _____ until _____ .

    ☐ Makes all future payments to Trustee in a timely manner.

☐ Continued to the _____ term of Court.

    ☐ With payments of $ _____ in the interim.

☐ Upon failure to strictly comply with any term hereof or the Plan, the Trustee shall file and serve a Notice of Non Compliance. If no request for a hearing is filed within 14 days of the Notice of Non Compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

SO ORDERED.

_/s/ Susan D. Barrett_
Susan D. Barrett,
United States Bankruptcy Judge
PO Box 1487
Augusta, GA 30903

Dated 10/1/2012

13-03 [Rev. 11/09]